# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2006

131355

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

JOY ANN DECKER,
          Plaintiff-Appellee,

v

JAMES E. DECKER,
          Defendant-Appellant.

SC: 131355
COA: 266446
Wayne CC: 05-516521-CZ

_____/

        On order of the Court, the application for leave to appeal the April 25, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



        I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2006

_____
                    Clerk

p1023